**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Loretta Farmer and Scott Farmer, Defendants.

Of Whom Loretta Farmer is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-001101

—————————

Appeal From Anderson County
Thomas Henry White, IV, Family Court Judge

—————————

Unpublished Opinion No. 2015-UP-033
Submitted December 15, 2014 – Filed January 9, 2015

—————————

**AFFIRMED**

—————————

William E. Phillips, of Anderson, for Appellant.

Amy C. Sutherland, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Brittany D. Senerius, of the Senerius Law Firm, of
Anderson, for the Guardian ad Litem.

---

**PER CURIAM:**  Loretta Farmer appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.